In the Matter of JAMES C. PUCELLO, Doing Business as PUCELLO'S RESTAURANT & GRILL, Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.—

Present—Del Vecchio, J. P., Marsh, Gabrielli, Moule and Cardamone, JJ.

SENECA TRUCKING CO., INC., Respondent, v. D. H. OVERMEYER CO., INC., et al., Appellants.—

Present—Goldman, P. J., Marsh, Witmer, Cardamone and Henry, JJ.

SARA FELMAN et al., Respondents, v. SISTERS OF CHARITY HOSPITAL, Appellant.—

Present—Goldman, P. J., Marsh, Witmer, Cardamone and Henry, JJ.